**Dismissed and Memorandum Opinion filed June 26, 2014.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-13-00299-CV

**RANDY WALKER, Appellant**

**V.**

**THOMAS D. WINDSOR, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1027482**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 25, 2013. The clerk's record was filed April 5, 2013. The reporter's record was filed January 21, 2014. No brief was filed.

On May 6, 2014, this court issued an order stating that unless appellant submitted a brief on or before June 5, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.